## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NETCRAFT CORPORATION,

        Plaintiff,

      v.

AT&T INC.,
AT&T MOBILITY LLC,
BOOST MOBILE, LLC,
CELLCO PARTNERSHIP
SPRINT NEXTEL CORPORATION, and
T-MOBILE USA, INC.,

        Defendants.

C.A. No. _____

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for Netcraft Corporation certifies that Netcraft does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated:  October 16, 2007

FISH & RICHARDSON P.C.

By: _____

Timothy Devlin (#4241)
Kyle Wagner Compton (#4693)
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906

Michael J. Kane
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696
Attorneys for Plaintiff
NETCRAFT CORPORATION

60459730.doc