## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>              Plaintiff,<br><br>   v.<br><br>AT&T INC.,<br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>              Defendants. | C.A. No. 07-651 |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for Netcraft Corporation certifies that its parent is Tradecraft Corporation and that no publicly-held corporation owns 10% or more of Netcraft Corporation's stock.

Dated: October 18, 2007                                  FISH & RICHARDSON P.C.

                                                         By: /s/ *Kyle Wagner Compton*
                                                             Timothy Devlin (#4241)
                                                             Kyle Wagner Compton (#4693)
                                                             919 N. Market St., Suite 1100
                                                             P.O. Box 1114
                                                             Wilmington, DE 19899-1114
                                                             tdevlin@fr.com
                                                             kcompton@fr.com
                                                             Tel: (302) 652-5070
                                                             Fax: (302) 652-0607

                                                             Frank E. Scherkenbach
                                                             Craig R. Smith
                                                             FISH & RICHARDSON P.C.
                                                             225 Franklin Street
                                                             Boston, MA 02110
                                                             Tel: (617) 542-5070
                                                             Fax: (617) 542-8906

                                                             Michael J. Kane
                                                             William R. Woodford
                                                             FISH & RICHARDSON P.C., P.A.
                                                             3300 Dain Rauscher Plaza
                                                             60 South Sixth Street
                                                             Minneapolis, MN 55402
                                                             Tel: (612) 335-5070
                                                             Fax: (612) 288-9696

                                                         Attorneys for Plaintiff
                                                         NETCRAFT CORPORATION

80050270.doc