AO 440 (Rev. 10/93) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>C.A. No: 07 - 6 5 7 |

TO:    AT&T Inc.
      175 East Houston Street
      San Antonio, Texas  78205

                Registered Agent:
                The Corporation Trust Company
                1209 Orange Street
                Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Kyle Wagner Compton
      FISH & RICHARDSON P.C.
      919 N. Market St., Suite 1100
      Wilmington, DE  19899-1114
      Tel:  (302) 652-5070

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
Clerk

_____
(By) Deputy Clerk

_____
Date    10/17/07

AO 440 (Rev. 10/93) Summons in a Civil Action

<table>
<tr><td colspan="2" align="center">**RETURN OF SERVICE**</td></tr>
<tr><td>Service of the Summons and Complaint was made by me [1]</td><td>DATE: 10/30/07</td></tr>
<tr><td>NAME OF SERVER (PRINT) Ronald Lennon</td><td>TITLE: Process Server</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐   Return unexecuted:

☒   Other (specify):   PERSONALLY SERVED AT&T INC, BY SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 3:38 PM PERSON ACCEPTING: SCOTT LASCALA

<table>
<tr><td colspan="3" align="center">**STATEMENT OF SERVICE FEES**</td></tr>
<tr><td>TRAVEL:</td><td>SERVICES:</td><td>TOTAL:</td></tr>
</table>

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on:   10/30/07
         *Date*

Ronald Lennon
*Signature of Server*

230 N MARKET St WILM DE 19801
*Address of Server*

---

[1]   As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.