AO 440 (Rev. 10/93) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>AT&T INC.,<br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>        Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>C.A. No: _____<br>        07 - 651 |

TO:    Boost Mobile, LLC          Registered Agent:
       8845 Irvine Center Drive   Corporation Service Company
       Irvine, CA  92618          2711 Centerville Road, Suite 400
                                  Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kyle Wagner Compton
    FISH & RICHARDSON P.C.
    919 N. Market St., Suite 1100
    Wilmington, DE  19899-1114
    Tel:  (302) 652-5070

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____          _____10/17/07_____
Clerk                                     Date

_____
(By) Deputy Clerk