| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE** |

NETCRAFT CORPORATION

　　　　　　　　Plaintiff / Petitioner

Cause #: 07-651

Affidavit of Service of:

SUMMONS; AMENDED CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE TO EXERCISE JURISDICTION

vs.
AT&T INC., ET AL.,

　　　　　　　　Defendant / Respondent

Hearing Date:
Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __11-2-07  1:15 PM__ at the address of __200 SW 30th ST__ _____ city of __Topeka__, county of __Shawnee__, state of __Kansas__, this affiant served the above described documents upon:

**SPRINT NEXTEL CORPORATION**

☐ **Personal Service**

　　by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**

　　by then and there personally delivering __1__ true and correct copy(ies) thereof, by then presenting to and leaving the same with __Theresa Buens  Legal Sec.__
　　　　　　　　　　　　　　　Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**

　　by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

____John F. Donnelly____
Typed or Printed Name of Process Server

____[signature]____
Server Signature

Subscribed and Sworn to before me this __2nd__ day of __November, 2007__
a Notary Public in the State of __Kansas__
Residing at __Shawnee Co., Topeka, Kansas__

LINDA L. DONNELLY
MY COMMISSION EXPIRES
October 10, 2009

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4993865

**ORIGINAL PROOF OF SERVICE**

Fish & Richardson - Wilmington (PFI)

Page 1 of 1

OR_FWPRN