IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-651 (LPS) |
| ) | |
| AT&T INC., AT&T MOBILITY LLC, ) | |
| BOOST MOBILE LLC, ) | |
| CELLCO PARTNERSHIP, ) | |
| SPRINT NEXTEL CORPORATION, ) | |
| and T-MOBILE USA INC., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Potter Anderson & Corroon LLP hereby enters its appearance on behalf of Defendants AT&T Inc. and AT&T Mobility LLC.

POTTER ANDERSON & CORROON LLP

By: /s/ John E. James
John E. James (No. 996)
Richard L. Horwitz (No. 2246)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for Defendants AT&T Inc. and AT&T Mobility LLC*

Dated: November 16, 2007
832448

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on November 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following that the document is available for viewing and downloading from CM/ECF:

Kyle Wagner Comptom
Timothy Devlin
Fish & Richardson, P.C.
919 North Market Street – Suite 1100
Wilmington, DE 19801

By: /s/ John E. James
John E. James (No. 996)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801-0951
Telephone: (302) 984-6000
E-Mail: jjames@potteranderson.com