IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., AT&T MOBILITY LLC,<br>BOOST MOBILE LLC, CELLCO<br>PARTNERSHIP, SPRINT NEXTEL<br>CORPORATION, and T-MOBILE USA<br>INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 07-651 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff and Defendants, AT&T Inc. and AT&T Mobility LLC (the "AT&T Defendants"), hereby stipulate, subject to the approval of the Court, that the AT&T Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to and includes January 7, 2008. The reason for the request is that the AT&T Defendants have recently retained counsel, and counsel must become familiar with the case before preparing a response to the complaint.

FISH & RICHARDSON P.C.

By: __/s/ Kyle Wagner Compton__
    Timothy Devlin (No. 4241)
    Kyle Wagner Compton (No. 4693)
    919 North Market Street - Suite 1100
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    E-Mail: tdevlin@fr.com
    E-Mail: kcompton@fr.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

By: __/s/ John E. James__
    John E. James (No. 996)
    Richard L Horwitz (No. 2246)
    1313 North Market Street – Sixth Floor
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    E-Mail: jjames@potteranderson.com
    E-Mail: rhorwitz@potteranderson.com

*Attorneys for Defendants*
*AT&T Inc. and AT&T Mobility LLC*

IT IS SO ORDERED this _____ day of _____, 2007.

832501

_____
United States District Court Judge