IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-651 (***) |
| ) | |
| AT&T INC., AT&T MOBILITY LLC, ) | |
| BOOST MOBILE LLC, CELLCO ) | |
| PARTNERSHIP, SPRINT NEXTEL ) | |
| CORPORATION, and T-MOBILE USA INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by plaintiff Netcraft Corporation ("Netcraft") and defendants Sprint Nextel Corporation ("Sprint Nextel") and Boost Mobile, LLC ("Boost"), subject to the approval of the Court, that the time by which Sprint Nextel and Boost may answer, move or otherwise plead in response to Netcraft's Complaint is hereby extended to January 7, 2008.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Kyle Wagner Compton* | */s/ Mary B. Graham* |
| Timothy Devlin (#4241) | Mary B. Graham (#2256) |
| Kyle Wagner Compton (#4693) | James W. Parrett, Jr. (#4292) |
| 919 N. Market Street, Suite 1100 | 1201 N. Market Street |
| P.O. Box 1114 | P.O. Box 1347 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-1347 |
| (302) 652-5070 | (302) 658-9200 |
| *Attorneys for Netcraft Corporation* | *Attorneys for Sprint Nextel Corporation and Boost Mobile LLC* |

Dated: November 16, 2007

    SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1317434