**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NETCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T INC., AT&T MOBILITY LLC, | ) | Civil Action No. 07-651-***-LPS |
| BOOST MOBILE, LLC, CELLCO | ) | |
| PARTNERSHIP, SPRINT NEXTEL | ) | |
| CORPORATION, and T-MOBILE USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed to by counsel for Defendant T-Mobile USA, Inc. ("T-Mobile") and counsel for Plaintiff Netcraft Corp. ("Netcraft") as follows:

- On October 17, 2007, Plaintiff filed suit against the above-captioned Defendants alleging infringement of U.S. Patent Nos. 5,794,221 and 6,411,940;

- The Complaint was served on T-Mobile on October 30, 2007;

- The deadline to plead, answer, or otherwise respond is November 19, 2007; and

- T-Mobile has requested and Plaintiff has consented to extend T-Mobile's time to plead, answer, or otherwise respond through January 7, 2008.

NOW THEREFORE, based on the above Stipulation, the Court hereby ORDERS that:

Defendant T-Mobile USA, Inc. shall have by and through January 7, 2008 to plead,

answer, or otherwise respond to Plaintiff's Complaint in this action.

| FISH & RICHARDSON P.C. | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: */s/ Kyle Wagner Compton*<br>   Timothy Devlin (#4241)<br>   Kyle Wagner Compton (#4693)<br>   919 N. Market Street, Suite 1100<br>   P.O. Box 1114<br>   Wilmington, DE 19899-1114<br>   Tel: (302) 652-5070<br>   Email: tdevlin@fr.com<br>   Email: kcompton@fr.com | By: */s/ Josh Krevitt*<br>   Josh A. Krevitt<br>   John L. LaBarre<br>   200 Park Avenue, 47th Floor<br>   New York, New York 10166<br>   Telephone: (212) 351-4000<br>   Facsimile: (212) 351-4035<br>   Email: jkrevitt@gibsondunn.com<br>   Email: jlabarre@gibsondunn.com |
| *Attorneys for Plaintiff*<br>*Netcraft Corporation* | *Attorneys for Defendants,*<br>*T-MOBILE USA, INC.* |

     IT IS SO ORDERED this _____ day of _____, 2007.

_____
Hon. Leonard P. Stark
United States Magistrate Judge