IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-651-LPS |
| | ) |
| AT&T INC., AT&T MOBILITY LLC, BOOST MOBILE LLC, CELLCO PARTNERSHIP, SPRINT NEXTEL CORPORATION, T-MOBILE USA INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III, Anne Shea Gaza, and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Cellco Partnership. Defendant reserves the right to answer, move or otherwise respond to the complaint and specifically reserves all defenses available to it.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendant*
*Cellco Partnership*

Dated: November 19, 2007

RLF1-3225633-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Kyle Wagner Comptom, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 North Market Street - Suite 1100
Wilmington, DE   19801

John E. James, Esquire
Potter Anderson & Corroon
Hercules Plaza - Sixth Floor
1313 North Market Street
Wilmington, DE   19801

Anne Shea Gaza (#4093)
gaza@rlf.com