IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AT&T INC., AT&T MOBILITY LLC, | ) C.A. No. 07-651 (LPS) |
| BOOST MOBILE LLC, | ) |
| CELLCO PARTNERSHIP, | ) |
| SPRINT NEXTEL CORPORATION, | ) |
| and T-MOBILE USA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Cellco Partnership, and subject to the approval of the Court, that Defendant's time to move, answer or otherwise respond to or against Plaintiff's Complaint is hereby extended through and including January 7, 2008.

_/s/ Kyle Wagner Compton_
Timothy Devlin (#4241)
tdevlin@fr.com
Kyle Wagner Compton (#4693)
kcompton@fr.com
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 778-8447
*Attorneys for Plaintiff*
*Netcraft Corporation*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant*
*Cellco Partnership*

-3219361-1

| | |
|---|---|
| *Of Counsel* | *Of Counsel* |
| Frank E. Scherkenbach<br>Craig R. Smith<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5070 | Warren S. Heit<br>White & Case LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>(650) 213-0321 |
| Michael J. Kane<br>William R. Woodford<br>Fish & Richardson P.C., P.A.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>(612) 335-5070 | Kevin X. McGann<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8312 |
| Dated: November 19, 2007 | Dated: November 19, 2007 |

SO ORDERED this _____ day of _____, 2007.

_____
Magistrate Judge Leonard P. Stark

-3219361-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John E. James, Esquire
Potter Anderson & Corroon
Hercules Plaza - Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Anne Shea Gaza (#4093)
gaza@rlf.com