IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-651-*** |
| | ) | |
| AT&T INC., | ) | |
| AT&T MOBILITY LLC, | ) | **JURY TRIAL DEMANDED** |
| BOOST MOBILE, LLC, | ) | |
| CELLCO PARTNERSHIP, | ) | |
| SPRINT NEXTEL CORPORATION, and | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND NOTICE OF DISMISSAL OF DEFENDANT AT&T INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Netcraft Corporation, with the agreement of Defendant AT&T Inc., hereby dismisses AT&T Inc. from the above-captioned action without prejudice and without costs, attorneys' fees, or other expenses to either party.

Respectfully submitted,

FISH & RICHARDSON P.C.                    POTTER ANDERSON & CORROON LLP

By: */s/ Timothy Devlin*                  By: */s/ Richard L. Horwitz*
    Timothy Devlin (#4241)                    Richard L. Horwitz (#2246)
    Kyle Wagner Compton (#4693)               David E. Moore (#3983)
    919 N. Market St., Suite 1100             Hercules Plaza, 6th Floor
    P.O. Box 1114                             1313 N. Market Street
    Wilmington, DE 19899-1114                 P. O. Box 951
    tdevlin@fr.com                            Wilmington, DE 19801
    kcompton@fr.com                           Tel: (302) 984-6000
    Tel: (302) 652-5070                       Fax: (302) 658-1192
    Fax: (302) 652-0607                       rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

OF COUNSEL:

Frank E. Scherkenbach
Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906

Michael J. Kane
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

ATTORNEYS FOR PLAINTIFF
NETCRAFT CORPORATION

Dated: December 20, 2007
838281 / 32469

OF COUNSEL:

H. Jonathan Redway
DICKINSON WRIGHT PLLC
1901 L. Street, NW, Suite 800
Washington, DC 20036-3506
Tel: (202) 659-6946
Fax: (202) 659-1559

ATTORNEYS FOR DEFENDANTS
AT&T INC. AND AT&T MOBILITY LLC


IT IS SO ORDERED this _____ day of _____, 200___.


_____
United Stated District Court Judge