IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>Defendants. | C.A. No. 07-651 (LPS) |

## RESPONSE TO MOTION TO AMEND COMPLAINT

Defendant Cellco Partnership hereby consents to the relief requested in plaintiff Netcraft Corporation's Motion to Amend Complaint (D.I. 20).

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302)651-7700

*Attorneys for Defendant*
*Cellco Partnership*

OF COUNSEL

Warren S. Heit
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Tel: (650) 213-0300

Kevin X. McGann
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

Dated: January 4, 2008

RLF1-3240373-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Timothy Devlin
Kyle Wagner Compton
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
rhorwitz@potteranderson.com

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
fscherkenbach@fr.com
csmith@fr.com

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market St., Suite 1800
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com

Michael J. Kane
William R. Woodford
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
mkane@fr.com
wwoodford@fr.com

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
jlabarre@gibsondunn.com

Anne Shea Gaza (#4093)