IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 07-651-*** ) |
| AT&T MOBILITY LLC, BOOST MOBILE, LLC, CELLCO PARTNERSHIP, SPRINT NEXTEL CORPORATION, and T-MOBILE USA, INC., | ) ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of H. Jonathan Redway of Dickinson Wright PLLC, 1901 L Street, N.W., Suite 800 Washington, D.C. 20036-3506 and Michael A. Schaldenbrand of Dickinson Wright PLLC, 38525 Woodward Avenue, Suite 2000, Bloomfield Hills, MI 48304-2970, to represent defendant AT&T MOBILITY LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 10, 2008
838325/32469

*Attorneys for Defendant*
*AT&T MOBILITY LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2008         Signed:    /s/ *H. Jonathan Redway*
                                          H. Jonathan Redway
                                          Dickinson Wright PLLC
                                          1901 L Street, N.W.
                                          Suite 800
                                          Washington, D.C. 20036-3506
                                          Telephone: (202) 659-6946
                                          jredway@dickinsonwright.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2008        Signed:    /s/ *Michael A. Schaldenbrand*
                                         Michael A. Schaldenbrand
                                         Dickinson Wright PLLC
                                         Suite 2000
                                         Bloomfield Hills, MI 48304-2970
                                         Telephone: (248) 433-7570
                                         mschaldenbrand@dickinsonwright.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 10, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 10, 2008, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Timothy Devlin<br>Kyle Wagner Compton<br>Fish & Richardson P.C.<br>919 N. Market St., Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>tdevlin@fr.com<br>kcompton@fr.com | Mary B. Graham<br>Morris Nichols Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>1201 North Market St., Suite 1800<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>mbgefiling@mnat.com |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>gaza@rlf.com | |
| Frank E. Scherkenbach<br>Craig R. Smith<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>scherkenbach@fr.com<br>csmith@fr.com | Michael J. Kane<br>William R. Woodford<br>Fish & Richardson P.C., P.A.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>mkane@fr.com<br>woodford@fr.com |

Warren S. Heit
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
wheit@whitecase.com

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
Jlabarre@gibsondunn.com

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
kmcgann@whitecase.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

840233 / 32469