IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>    Defendants, | C.A. No. 07-651 (LPS) |



### [PROPOSED] ORDER GRANTING NETCRAFT CORP.'S MOTION TO AMEND COMPLAINT

Having considered Netcraft Corp.'s Motion to Amend Complaint, IT IS HEREBY ORDERED that:

    1)    the Motion is GRANTED, and

    2)    the Amended Complaint relates back to the October 17, 2007 filing date of the original Complaint; and

    3)    the Defendants shall answer, move, or otherwise respond to the Amended Complaint no later than January 22, 2008.

This 14 day of January, 2008.

_____
Hon. Leonard P. Stark
United States Magistrate Judge