IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T MOBILITY LLC, )<br>BOOST MOBILE, LLC, CELLCO )<br>PARTNERSHIP, SPRINT NEXTEL )<br>CORPORATION, and T-MOBILE )<br>USA, INC., )<br>)<br>Defendants. ) | C.A. No. 07-651-*** |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for defendant T-Mobile USA, Inc. in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant T-Mobile USA, Inc.*

Dated:  January 21, 2008
187400.1