IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-651-*** |
| | ) |
| AT&T MOBILITY LLC, | ) |
| BOOST MOBILE, LLC, CELLCO | ) |
| PARTNERSHIP, SPRINT NEXTEL | ) |
| CORPORATION, and T-MOBILE | ) |
| USA, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Josh A. Krevitt and John L. LaBarre to represent defendant T-Mobile USA, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is being submitted to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant T-Mobile USA, Inc.*

Dated: January 22, 2008
187401.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-651-*** |
| | ) | |
| AT&T MOBILITY LLC, | ) | |
| BOOST MOBILE, LLC, CELLCO | ) | |
| PARTNERSHIP, SPRINT NEXTEL | ) | |
| CORPORATION, and T-MOBILE | ) | |
| USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Josh A. Krevitt and John L. LaBarre to represent defendant T-Mobile USA, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Josh A. Krevitt
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000
Facsimile: 212-351-4035

Dated:

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ John L. LaBarre
John L. LaBarre
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Dated: January 21, 2008