IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-651-*** |
| ) | |
| AT&T MOBILITY LLC, BOOST MOBILE, ) | |
| LLC, CELLCO PARTNERSHIP, ) | **JURY TRIAL DEMANDED** |
| SPRINT NEXTEL CORPORATION, and ) | |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendants. ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC hereby discloses that the following entities fall within the disclosure requirement:

1. Parent Corporations: AT&T Mobility LLC is indirectly owned by AT&T Inc. (NYSE:T).

2. Publicly held companies that own 10% or more of the party's stock: None, except as described in No. 1.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

H. Jonathan Redway
Michelle L. Alamo
Michael A. Schaldenbrand
DICKINSON WRIGHT PLLC
1901 L. Street, NW, Suite 800
Washington, DC 20036-3506
Tel: (202) 659-6946

Dated: January 22, 2008
840318 / 32469

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys For Defendant*
*AT&T Mobility LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on January 22, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 22, 2008, I have Electronically Mailed the document to the following person(s)

Timothy Devlin
Kyle Wagner Compton
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
scherkenbach@fr.com
csmith@fr.com

Mary B. Graham
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market St., Suite 1800
P. O. Box 1347
Wilmington, DE 19899-1347
mbgeservice@mnat.com

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Michael J. Kane
William R. Woodford
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
mkane@fr.com
woodford@fr.com

Warren S. Heit
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
wheit@whitecase.com

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
Jlabarre@gibsondunn.com

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
kmcgann@whitecase.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

840233 / 32469