IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>    Defendants. | C.A. No. 07-651 (LPS) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), through the undersigned, states as follows:

    1.    Verizon Wireless is a general partnership indirectly owned by the publicly-held corporations Verizon Communications Inc. ("VCI") and Vodafone Group Plc ("Vodafone"), who are not partners in Verizon Wireless. None of the partners in Verizon Wireless is publicly held.

    2.    VCI and Vodafone have no parent companies, and no publicly-held companies own 10% or more of their stock.

| | |
|---|---|
| OF COUNSEL<br><br>Warren S. Heit<br>WHITE & CASE LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>Tel: (650) 213-0300<br><br>Kevin X. McGann<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 819-8200<br><br>Dated: January 22, 2008 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302)651-7700<br><br>*Attorneys for Defendant*<br>*Cellco Partnership* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Timothy Devlin
Kyle Wagner Compton
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com

John E. James
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market St., Suite 1800
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com

RLF1-3245735-1

I hereby certify that on January 22, 2008, I caused the foregoing document to be served via electronic mail and Federal Express on the following non-registered participants:

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
fscherkenbach@fr.com
csmith@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
mkane@fr.com
wwoodford@fr.com

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
jlabarre@gibsondunn.com

H. Jonathan Redway
Michael A. Schaldenbrand
Dickinson Wright PLLC
1901 L. Street, N.W.
Suite 800
Washington D.C. 20036-3506

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700