IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, )<br>)<br>        Plaintiff/Counterclaim )<br>        Defendant, )<br>)<br>v. )<br>)<br>AT&T MOBILITY LLC, )<br>BOOST MOBILE, LLC )<br>CELLCO PARTNERSHIP, )<br>SPRINT NEXTEL CORPORATION, and )<br>T-MOBILE USA, INC. )<br>)<br>        Defendants. ) | C.A. No. 07-651-*** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant T-Mobile USA, Inc. hereby gives notice that the attached Exhibit A sets forth the relevant ownership interests.

                                      ASHBY & GEDDES

                                      */s/ Steven J. Balick*

                                      _____
                                      Steven J. Balick (I.D. #2114)
                                      John G. Day (I.D. #2403)
                                      Lauren E. Maguire (I.D. #4261)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, Delaware  19899
                                      Telephone:  (302) 654-1888
                                      Facsimile:   (302) 654-2067
                                      sbalick@ashby-geddes.com
                                      jday@ashby-geddes.com
                                      lmaguire@ashby-geddes.com

                                      *Attorneys for Defendant/Counterclaim Plaintiff*
                                      *T-Mobile USA, Inc.*

-2-

*Of Counsel:*

Josh A. Krevitt
John L. LaBarre
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: jkrevitt@gibsondunn.com
Email: jlabarre@gibsondunn.com

Dated: January 22, 2008
187499.1

# EXHIBIT A

Case 1:07-cv-00651-GMS   Document 36   Filed 01/22/2008   Page 3 of 4

# EXHIBIT A

## CORPORATE OWNERSHIP SCHEDULE

| **Entity** | **Shareholders** | **Ownership** |
|---|---|---|
| T-Mobile USA, Inc. shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile Global Holding GmbH<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| T-Mobile Global Holding GmbH shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile International AG<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| 10% or greater shareholder of ANY class of stock of T-Mobile International AG | Deutsche Telekom AG<br>Friedrich-Ebert-Allee 140<br>D-5311 Bonn, Germany | 100% ownership |
| 10% or greater shareholder of ANY class of stock of Deutsche Telekom AG<br><br>Deutsche Telekom AG is a publicly traded company. | Federal Republic of Germany (FRG)<br><br>Address for the FRG:<br>% Federal Ministry of Finance<br>Wilhelmstr. 97<br>10117 Berlin<br>PA.: PO Box 272<br>10117 Berlin | Approx. 14.83% ownership |
| | Kreditanstalt fuer Wiederaufbau (KfW), a bank controlled by the German Government<br><br>Address for KfW:<br>Palmengartenstrasse 5-9<br>60325 Frankfurt am Main | Approx. 16.87% ownership |

**T-MOBILE'S CORPORATE DISCLOSURE STATEMENT – EXHIBIT A**