IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-651 (***) |
| | ) | |
| AT&T MOBILITY LLC, BOOST MOBILE LLC, | ) | |
| CELLCO PARTNERSHIP, SPRINT NEXTEL | ) | |
| CORPORATION, and T-MOBILE USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Sprint Nextel Corporation, which is a non-governmental corporate party, certifies that Sprint Nextel Corp., is a publicly held company that does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ James W. Parrett, Jr.
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

OF COUNSEL:

*Attorneys for Boost Mobile LLC
and Sprint Nextel Corporation*

James L. Wamsley, III
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Mark V. Campagna
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
January 23, 2008
1415230

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 23, 2008 upon the following:

| | |
|---|---|
| REPRESENTING NETCRAFT CORPORATION | Timothy Devlin<br>FISH & RICHARDSON P.C.<br>**tdevlin@fr.com**<br><br>Kyle Wagner Compton<br>FISH & RICHARDSON P.C.<br>**kcompton@fr.com**<br><br>Frank E. Scherkenbach<br>FISH & RICHARDSON P.C.<br>**fscherkenbach@fr.com**<br><br>Michael J. Kane<br>FISH & RICHARDSON P.C.<br>**mkane@fr.com** |
| REPRESENTING AT&T MOBILITY LLC | John E. James<br>POTTER ANDERSON & CORROON, LLP<br>**jjames@potteranderson.com**<br><br>Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>**rhorwitz@potteranderson.com**<br><br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>**dmoore@potteranderson.com**<br><br>H. Jonathan Redway<br>DICKINSON WRIGHT PLLC<br>**jredway@dickinsonwright.com**<br><br>Michael A. Schaldenbrand<br>DICKINSON WRIGHT PLLC<br>**mschaldenbrand@dickinsonwright.com** |

| | |
|---|---|
| REPRESENTING CELLCO PARTNERSHIP | Frederick L. Cottrell, III<br>RICHARDS LAYTON & FINGER<br>**cottrell@rlf.com** |
| | Anne Shea Gaza<br>RICHARDS LAYTON & FINGER<br>**gaza@rlf.com** |
| | Warren S. Heit<br>WHITE & CASE LLP<br>**wheit@whitecase.com** |
| | Kevin X. McGann<br>WHITE & CASE LLP<br>**kmcgann@whitecase.com** |
| REPRESENTING T-MOBILE USA INC. | Steven J. Balick<br>ASHBY & GEDDES<br>**sbalick@ashby-geddes.com** |
| | Josh A. Krevitt<br>GIBSON DUNN & CRUTCHER LLP<br>**jkrevitt@gibsondunn.com** |
| | John L. LaBarre<br>GIBSON DUNN & CRUTCHER LLP<br>**jlabarre@gibsondunn.com** |

**BY HAND DELIVERY:**

Timothy Devlin
Kyle Wagner Compton
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19899-1114

Richard L. Horwitz
John E. James
David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Steven J. Balick
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

 */s/ James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)

3