IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, BOOS MOBILE, LLC, CELLCO PARTNERSHIP, SPRINT NEXTEL CORPORATION, and T-MOBILE USA, INC.,<br><br>Defendants. | C.A. No. 07- 651 (LPS) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of Kevin X. McGann, Warren S. Heit and Amit H. Thakore to represent defendant Cellco Partnership in the above-captioned action.

*/s/ Anne Shea Gaza*

OF COUNSEL:

Warren S. Heit
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Tel: (650) 213-0300

Kevin X. McGann
Amit H. Thakore
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

Dated: January 23, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Cellco Partnership*

RLF1-3246295-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>                     Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>                     Defendants. | Case No. 07-651 (LPS) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Kevin X. McGann, Warren S. Heit, and Amit H. Thakore is granted.

_____
Magistrate Judge Leonard P. Stark

Dated: _____, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>               Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>               Defendants. | Case No. 07-651 (LPS) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of California, and the Northern District of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____
Warren S. Heit
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300

Dated: January 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>                    Defendants. | Case No. 07-651 (LPS) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York, and the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: /s/ Kevin X. McGann
Kevin X. McGann
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: January 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NETCRAFT CORPORATION,

              Plaintiff,

v.

AT&T MOBILITY LLC,
BOOST MOBILE, LLC,
CELLCO PARTNERSHIP,
SPRINT NEXTEL CORPORATION, and
T-MOBILE USA, INC.,

              Defendants.

Case No. 07-651 (LPS)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York, and the Southern District of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____
Amit H. Thakore
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: January 9, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Timothy Devlin<br>Kyle Wagner Compton<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>tdevlin@fr.com<br>kcompton@fr.com | John E. James<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>1201 North Market St., Suite 1800<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>mbgefiling@mnat.com |

I hereby certify that on January 23, 2008, I caused the foregoing document to be served via electronic mail and Federal Express on the following non-registered participants:

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
fscherkenbach@fr.com
csmith@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
mkane@fr.com
wwoodford@fr.com

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
jlabarre@gibsondunn.com

H. Jonathan Redway
Michael A. Schaldenbrand
Dickinson Wright PLLC
1901 L. Street, N.W.
Suite 800
Washington D.C. 20036-3506

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700