IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-651 (***) |
| ) | |
| AT&T MOBILITY LLC, BOOST MOBILE LLC, ) | |
| CELLCO PARTNERSHIP, SPRINT NEXTEL ) | |
| CORPORATION, and T-MOBILE USA INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James T. Wamsley III, Mark V. Campagna, Olivia E. Marbutt and Jeffrey L. Waters to represent defendants, Boost Mobile LLC and Sprint Nextel Corporation, in this matter.

In accordance with Standing Order of District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Boost Mobile LLC
and Sprint Nextel Corporation*

OF COUNSEL:

James L. Wamsley, III
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Dated: January 29, 2008
1434493

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, James L. Wamsley III, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: Jan. 28, 2008

James L. Wamsley III
JONES DAY
901 LAKESIDE AVE
CLEVELAND, OHIO 44114-1190
216.586.3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mark V. Campagna, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 1-27-08

Mark V. Campagna
JONES DAY
1420 PEACHTREE STREET, N.E.
SUITE 800
ATLANTA, GEORGIA 30309-3053
404.521.3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Olivia E. Marbutt, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 29 Jan 2008

Olivia E. Marbutt
JONES DAY
1420 PEACHTREE STREET, N.E.
SUITE 800
ATLANTA, GEORGIA 30309-3053
404.521.3939

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jeffrey L. Waters, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 1-29-2008

Jeffrey L. Waters
JONES DAY
1420 PEACHTREE STREET, N.E.
SUITE 800
ATLANTA, GEORGIA 30309-3053
404.521.3939

1428877.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on January 29, 2008 upon the following:

| | |
|---|---|
| REPRESENTING NETCRAFT CORPORATION | Timothy Devlin<br>FISH & RICHARDSON P.C.<br>**tdevlin@fr.com** |
| | Kyle Wagner Compton<br>FISH & RICHARDSON P.C.<br>**kcompton@fr.com** |
| | Frank E. Scherkenbach<br>FISH & RICHARDSON P.C.<br>**fscherkenbach@fr.com** |
| | Michael J. Kane<br>FISH & RICHARDSON P.C.<br>**mkane@fr.com** |
| REPRESENTING AT&T MOBILITY LLC | John E. James<br>POTTER ANDERSON & CORROON, LLP<br>**jjames@potteranderson.com** |
| | Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>**rhorwitz@potteranderson.com** |
| | David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>**dmoore@potteranderson.com** |
| | H. Jonathan Redway<br>DICKINSON WRIGHT PLLC<br>**jredway@dickinsonwright.com** |
| | Michael A. Schaldenbrand<br>DICKINSON WRIGHT PLLC<br>**mschaldenbrand@dickinsonwright.com** |

| | |
|---|---|
| REPRESENTING CELLCO PARTNERSHIP | Frederick L. Cottrell, III<br>RICHARDS LAYTON & FINGER<br>**cottrell@rlf.com**<br><br>Anne Shea Gaza<br>RICHARDS LAYTON & FINGER<br>**gaza@rlf.com**<br><br>Warren S. Heit<br>WHITE & CASE LLP<br>**wheit@whitecase.com**<br><br>Kevin X. McGann<br>WHITE & CASE LLP<br>**kmcgann@whitecase.com** |
| REPRESENTING T-MOBILE USA INC. | Steven J. Balick<br>ASHBY & GEDDES<br>**sbalick@ashby-geddes.com**<br><br>Josh A. Krevitt<br>GIBSON DUNN & CRUTCHER LLP<br>**jkrevitt@gibsondunn.com**<br><br>John L. LaBarre<br>GIBSON DUNN & CRUTCHER LLP<br>**jlabarre@gibsondunn.com** |

**BY HAND DELIVERY**:

| | |
|---|---|
| Timothy Devlin<br>Kyle Wagner Compton<br>FISH & RICHARDSON P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE 19899-1114 | Steven J. Balick<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 |
| Richard L. Horwitz<br>John E. James<br>David Ellis Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 |

*/s/ James W. Parrett, Jr. (#4292)*
_____
James W. Parrett, Jr. (#4292)

1414046