IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>BOOST MOBILE, LLC,<br>CELLCO PARTNERSHIP,<br>SPRINT NEXTEL CORPORATION, and<br>T-MOBILE USA, INC.,<br><br>Defendants. | C.A. No. 07-651 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## NETCRAFT CORPORATION'S REPLY TO THE COUNTERCLAIM OF CELLCO PARTNERSHIP

Netcraft Corporation replies to the counterclaims of Cellco Partnership as follows. Except as expressly admitted below, Netcraft denies each and every allegation in Cellco's counterclaims:

### JURISDICTION AND VENUE

1. In response to paragraph 34 of the counterclaim, Netcraft admits that federal subject matter jurisdiction exists pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367. Netcraft denies there is jurisdiction exists pursuant to 28 U.S.C. § 1332. Both Netcraft and T-Mobile USA, Inc. are citizens of Delaware. *See* Doc. No. 1 at ¶ 1; Doc No. 35 at ¶ 36. That destroys complete diversity, which is a prerequisite for diversity jurisdiction. *See Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267 (1806). What is more, Cellco Partnership has not properly alleged its citizenship, so it would be impossible to determine whether its allegation there is diversity jurisdiction is correct, even if T-Mobile were not a party. According to Cellco Partnership, it is a "general partnership." *See* Doc. No. 31 at 1. For purposes of assessing whether there is diversity jurisdiction, the citizenship of a general partnership is determined based on the citizenship of each partner in addition to the citizenship of the partnership itself. *See Carden v. Arkoma Assoc.,* 494 U.S. 185, 194-195 (1990) (rejecting contention that, in assessing the

citizenship of an artificial entity, "the court may consult the citizenship of less than all of the entity's members"). The counterclaim does not allege the citizenship of either of the partners—Verizon Communications, Inc. or Vodaphone Group PLC. Therefore, its allegations would be inadequate to establish diversity jurisdiction, even if the citizenship of T-Mobile were not an impediment.

2. In response to paragraph 35 of the counterclaim, Netcraft admits that the Court has personal jurisdiction over it in this case by virtue of its having filed the complaint, but denies any remaining allegations of this paragraph.

3. Netcraft admits the allegations of paragraph 36 of the counterclaim.

## COUNT I
### (Non-Infringement)

4. Netcraft incorporates by reference its response to paragraphs 34 to 36 of the counterclaim.

5. Netcraft admits the allegations of paragraph 38 of the counterclaim.

6. Netcraft admits the allegations of paragraph 39 of the counterclaim.

7. Netcraft denies the allegations of paragraph 40 of the counterclaim.

8. Netcraft denies the allegations of paragraph 41 of the counterclaim.

## COUNT II
### (Invalidity)

9. Netcraft incorporates by reference its response to paragraphs 34 to 41 of the counterclaim.

10. Netcraft denies the allegations of paragraph 43 of the counterclaim.

11. Netcraft admits the allegations of paragraph 44 of the counterclaim.

12. Netcraft denies the allegations of paragraph 45 of the counterclaim.

13. Netcraft denies the allegations of paragraph 46 of the counterclaim.

## PRAYER FOR RELIEF

WHEREFORE, Netcraft prays for judgment:

    A.    Dismissing Cellco's counterclaim with prejudice;

    B.    Granting judgment to Netcraft on the counterclaim;

    C.    Awarding to Netcraft its costs and attorneys' fees pursuant to 35 U.S.C. § 285; and

    D.    Granting to Netcraft such other and further relief as may be just and appropriate.

## DEMAND FOR A JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Netcraft demands a trial by jury on all issues so triable.

Dated: February 11, 2008

FISH & RICHARDSON P.C.

By: /s/ Timothy Devlin
Timothy Devlin (#4241)
Kyle Wagner Compton (#4693)
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906

Michael J. Kane
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Plaintiff
NETCRAFT CORPORATION

10807607.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed with the Clerk of Court NETCRAFT CORPORATION'S REPLY TO THE COUNTERCLAIM OF CELLCO PARTNERSHIP using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via electronic mail:

Mary B. Graham
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, Suite 1800
Wilmington, DE 19801
mbgeservice@mnat.com

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
Cottrell@rlf.com
gaza@rlf.com

Warren S. Heit
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
wheit@whitecase.com

I hereby certify that on February 11, 2008, I have mailed by electronic mail, the document(s) to the following non-registered participants:

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Jkrevitt@gibsondunn.com
jlabarre@gibsondunn.com

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
kmcgann@whitecase.com

H. Jonathan Redway
Dickinson Wright PLLC
1901 L. Street, N.W.
Suite 800
Washington, DC 20036
jredway@dickinsonwright.com

James L. Wamsley, II
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
jlwamsleyiii@jonesday.com

Michael A. Schaldenbrand
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-2970
mschaldenbrand@dickinsonwright.com

Mark V. Campagna
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
mcampagna@jonesday.com

_____
Kyle Wagner Compton