IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETCRAFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-651-GMS |
| ) | |
| AT&T MOBILITY LLC, BOOST MOBILE, ) | |
| LLC, CELLCO PARTNERSHIP, ) | **JURY TRIAL DEMANDED** |
| SPRINT NEXTEL CORPORATION, and ) | |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michelle L. Alamo of Dickinson Wright PLLC, 500 Woodward Avenue, Suite 4000, Detroit, MI 48226-3425, to represent Defendant AT&T Mobility LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: March 19, 2008
855777 / 32469

*Attorneys For Defendant*
*AT&T Mobility LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: March 19, 2008          Signed:     /s/ Michelle L. Alamo
                                          Michelle L. Alamo
                                          Dickinson Wright PLLC
                                          500 Woodward Avenue, Suite 4000
                                          Detroit, MI 48226-3425
                                          Tel: (313) 223-3875
                                          malamo@dickinsonwright.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 19, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 19, 2008, the attached document was Electronically Mailed to the following person(s)

Timothy Devlin
Kyle Wagner Compton
Fish & Richardson P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19899-1114
tdevlin@fr.com
kcompton@fr.com
*Attorneys for Plaintiff*
*Netcraft Corporation*

Mary B. Graham
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market St., Suite 1800
Wilmington, DE 19899-1347
mbgeservice@mnat.com
*Attorneys for Defendants*
*Boost Mobile LLC and Spring Nextel Corporation*

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant*
*Cellco Partnership*

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant*
*T-Mobile USA, Inc.*

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
scherkenbach@fr.com
csmith@fr.com
*Attorneys for Plaintiff*
*Netcraft Corporation*

James L. Wamsley, III
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
jlwamsleyiii@jonesday.com
*Attorneys for Defendants*
*Boost Mobile LLC and Spring Nextel*
*Corporation*

Warren S. Heit
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
wheit@whitecase.com
*Attorneys for Defendant*
*Cellco Partnership*

Josh A. Krevitt
John L. LaBarre
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
jkrevitt@gibsondunn.com
Jlabarre@gibsondunn.com
*Attorneys for Defendant*
*T-Mobile USA, Inc.*

Michael J. Kane
William R. Woodford
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
mkane@fr.com
woodford@fr.com
*Attorneys for Plaintiff*
*Netcraft Corporation*

Mark V. Campagna
Olivia E. Marbutt
Jeffrey L. Waters
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
mcampagna@jonesday.com
omarbutt@jonesday.com
jwaters@jonesday.com
*Attorneys for Defendants*
*Boost Mobile LLC and Spring Nextel*
*Corporation*

Kevin X. McGann
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
kmcgann@whitecase.com
*Attorneys for Defendant*
*Cellco Partnership*

2

                              */s/ David E. Moore*
                              Richard L. Horwitz
                              David E. Moore
                              Potter Anderson & Corroon LLP
                              Hercules Plaza – Sixth Floor
                              1313 North Market Street
                              Wilmington, DE  19801
                              (302) 984-6000
                              rhorwitz@potteranderson.com
                              dmoore@potteranderson.com

840233 / 32469